United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Andres Gomez, on his own and on behalf of all other individuals similarly situated, Plaintiffs,<br><br>v.<br><br>Sushi House, Co., Defendant. | )<br>)<br>)<br>) Civil Action No. 18-23683-Civ-Scola<br>)<br>)<br>) |

## Order of Dismissal

The parties have dismissed this case without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stip. of Dismissal without Prejudice, ECF No. 33.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida, on July 11, 2019.

_____
Robert N. Scola, Jr.
United States District Judge